# IN THE COURT OF APPEALS OF THE STATE OF MISSISSIPPI

## NO. 2017-CP-00620-COA

**ERIC LAQUINNE BROWN A/K/A ERIC L. BROWN A/K/A ERIC BROWN**                                                      **APPELLANT**

**v.**

**STATE OF MISSISSIPPI**                                                      **APPELLEE**

DATE OF JUDGMENT:                    04/10/2017
TRIAL JUDGE:                         HON. THOMAS J. GARDNER III
COURT FROM WHICH APPEALED:           PONTOTOC COUNTY CIRCUIT COURT
ATTORNEY FOR APPELLANT:              ERIC LAQUINNE BROWN (PRO SE)
ATTORNEY FOR APPELLEE:               OFFICE OF THE ATTORNEY GENERAL
                                     BY: JOSEPH SCOTT HEMLEBEN
NATURE OF THE CASE:                  CIVIL - POST-CONVICTION RELIEF
DISPOSITION:                         AFFIRMED: 05/22/2018
MOTION FOR REHEARING FILED:
MANDATE ISSUED:

### BEFORE LEE, C.J., CARLTON, FAIR AND WESTBROOKS, JJ.

### FAIR, J., FOR THE COURT:

¶1.     In 1999, Eric Brown pled guilty to killing his girlfriend and their unborn child. This is his fifth motion for post-conviction relief. Brown contends that under *Sanders v. State*, 9 So. 3d 1132, 1136 (¶16) (Miss. 2009), he should not have been allowed to plead guilty without an on-the-record competency hearing. He has raised this issue before, and we found Brown's claims time- and successive-writ barred because *Sanders* does not apply retroactively. *Brown v. State*, 198 So. 3d 325, 325 (¶1) (Miss. Ct. App. 2015). For the same reasons as before, we affirm the dismissal of this latest PCR motion.

¶2.     **AFFIRMED.**

**LEE, C.J., IRVING AND GRIFFIS, P.JJ., BARNES, CARLTON, WILSON, GREENLEE, WESTBROOKS AND TINDELL, JJ., CONCUR.**